1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

10

BLAKE LYNCH,

CASE NO. 16-6245 FFM

11

12

Plaintiff,

**ORDER DISMISSING ACTION WITH PREJUDICE**

13

v.

14

CNO FINANCIAL GROUP; and
BANKERS LIFE AND CASUALTY

15

COMPANY,

16

17

Defendants.

18

19

20

Pursuant to the Stipulation of the Parties hereto, and good cause appearing,

21

IT IS HEREBY ORDERED that (1) all claims and causes of action in this action

22

against Defendants CNO Financial Group and Bankers Life and Casualty Company

23

are hereby dismissed in their entirety with prejudice; and (2) each party hereto shall

24

bear his or its own attorney's fees and costs of suit in connection with this action.

25

DATE:  December 14, 2016

26

/s/  Frederick F. Mumm
THE HONORABLE FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE

27

28