JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE LYNCH, | CASE NO. 16-6245 FFM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CNO FINANCIAL GROUP; and BANKERS LIFE AND CASUALTY COMPANY, | |
| Defendants. | |

In accordance with the Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATE: December 14, 2016

/s/ Frederick F. Mumm
THE HONORABLE FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE